*AUSA:ALG*

*County: Spokane*

*In re Affidavit in Support of Criminal Complaint as to Randy MCREYNOLDS*

## AFFIDAVIT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | :ss |
| County of Spokane | ) |

## INTRODUCTION

I, Michael Northcutt, being first duly sworn on oath, deposes and states:

## TRAINING AND EXPERIENCE

1.  Your affiant has been employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") as a Special Agent (SA), since September of 2001. Prior to your affiant's employment with the ATF, your affiant attended Concordia College and received a Bachelor of Arts degree in Business Administration in May, 1990. Thereafter, your affiant attended the University of Montana Law School and received a Juris Doctorate degree in June, 1993. After graduating from law school, your affiant practiced law in the State of Montana until August 2001.

2.  In September 2001, your affiant began employment with the ATF. Your affiant attended the Federal Law Enforcement Training Center, Criminal Investigator Training Program, and successfully graduated in May 2002. Your

affiant also attended the ATF New Professional Training and successfully graduated in November 2002. These courses of study totaled 23 weeks of law enforcement training. In addition, your affiant attended the ATF Firearms Interstate Nexus Training Course in Washington, D.C. (which provides training in the recognition and identification of firearms and ammunition and their place of manufacture) and successfully graduated in June 2003. Since that time, your affiant has provided an expert opinion concerning the interstate and/or foreign nexus of firearms and ammunition on numerous occasions.

3. As an ATF Special Agent, your affiant has participated in the execution of numerous state and Federal search warrants, including searches for evidence related to the illegal possession of and trafficking of firearms and controlled substances.

4. As a result of your affiant's training and experience as a Special Agent for the ATF, he is familiar with the Federal firearms laws and knows that it is a violation of Title 18, United States Code, Section 922(g)(1) for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to receive, possess or transport any firearm or ammunition in or affecting interstate or foreign commerce, or any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

5. This affidavit is submitted in support of an application for an arrest warrant and complaint arising out of an investigation conducted by your affiant and other law enforcement officers, to include but not limited to those named in this affidavit. The information set forth in this affidavit is not intended to detail, each and every, circumstance of the investigation or all information known to your affiant or the other investigative participants. Rather, this affidavit seeks the issuance of an arrest warrant and complaint for Randy MCREYNOLDS (hereinafter "MCREYNOLDS").

## INVESTIGATION

6. On March 9, 2021, at the request of United States Probation and Parole (USPP) Officer Richard Law, your affiant assisted USPP officers with the probation search of MCREYNOLDS' residence, at 4004 N. Ash Street, Spokane, Washington. Officer Law had told your affiant that MCREYNOLDS was under USPP supervision, and subject to a search condition. Probation Officer Cross had information that MCREYNOLDS was using controlled substances and possessed firearms in his residence. On the morning of March 9, 2021, USPP Officers contacted MCREYNOLDS at his residence, and detained him in handcuffs at the front door. Your affiant assisted USPP Officers in clearing the one bedroom, single story house. Amihjo MCREYNOLDS, the wife of MCREYNOLDS, came

out of the bedroom and was cooperative with Officers. A third individual, identified as Shane Dechene or Shane Curtis, was in the bathroom taking a shower, and was subsequently escorted to the kitchen area.

7. Your affiant learned from Officer Patrick Dennis that during the search of the bedroom closet, Officer Dennis found a Ruger, model GP 100, .357 Magnum caliber revolver, bearing serial number 173-14746, loaded with six rounds of .357 magnum caliber ammunition. The revolver was in a leather holster, located in a green nylon backpack, sitting on a white plastic hamper. The top zipper pouch of the backpack contained a prescription pill bottle, with prescription label made out to "Randy McReynolds". Also located in the backpack was a ziplock bag containing 15 rounds of 9mm caliber ammunition; and three boxes of Remington 9mm ammunition, which contained 20 rounds, 13 rounds, and 12 rounds of ammunition, respectively.

8. Your affiant learned from Probation Officer Heinen, he searched a hallway closet between the bedroom and the bathroom, and located a backpack containing ammunition described as follows:

-10 rounds 30-30 caliber ammunition;

-20 rounds of 38 Special caliber ammunition;

-40 rounds of .357 caliber ammunition;

-44 rounds of .25 Auto caliber ammunition; and

-41 rounds of 9mm caliber ammunition.

9. Your affiant learned from Probation Officer Schull, he located a Tupperware type container containing a residue that field tested positive for methamphetamine, and a hypodermic needle loaded with an unknown substance, in a dresser drawer of the bedroom.

10. Your affiant interviewed Amihjo McReynolds. She provided information including that:

- she and MCREYNOLDS were the only two people who were listed on the lease for the home;

- she had been out of the house for a period, but had returned two weeks prior;

- the bedroom and bedroom closet was shared by her and MCREYNOLDS;

- that she did not know MCREYNOLDS had a gun, and that she was not familiar with the green backpack the revolver was in;

- that she has never possessed a firearm; and that

- the overnight guest, "Shane", had only stayed[N] overnight the previous evening and that he had slept in the couch in the living room;

- prior to "Shane" there had been no overnight guests for the previous two weeks;

- the bedroom and the closet therein had been used exclusively by her and

MCREYNOLDS for the past two weeks

11. Your affiant interviewed MCREYNOLDS after advising him of his *Miranda* rights. MCREYNOLDS denied knowing about the revolver and ammunition, and claimed the backpack and its belongings were not his. MCREYNOLDS also denied any knowledge of the container with methamphetamine residue in his dresser drawer, or of the loaded syringe from the dresser drawer.

12. Your affiant has reviewed two Judgment and Sentence documents filed by United States District Court for the Eastern District of Washington, against MCREYNOLDS. The first Judgment, dated October 5, 2010, is a conviction for violation of 21 U.S.C. 841(a)(1), Distribution of a Controlled Substance, and violation of 21 U.S.C. 841(a)(1), Possession With Intent to Distribute a Controlled Substance, resulting in a sentence of 92 months imprisonment. The second Judgment, dated July 28, 2011, is a conviction for violation of 18 U.S.C. 3146(a)(2), Failure to Surrender for Service of Sentence, resulting in a sentence of 15 months imprisonment. Michael N Your affiant knows that these felony convictions make MCREYNOLDS a person prohibited from possessing firearms and ammunition under 18 U.S.C. 922(g)(1).

13. Your affiant examined the previously described Ruger revolver. Your knows from his examination, together with his training and experience, that the

firearm was not manufactured in the State of Washington and therefore has traveled in foreign and/or interstate commerce.

14. Your affiant and Officer Law booked MCREYNOLDS into the Spokane County Jail on charges of violation of 18 U.S.C. 922(g)(1), Felon in Possession of a Firearm.

## .**SUMMARY OF CHARGES**

15. Your Affiant believes there is probable cause to charge the Defendant, Randy MCREYNOLDS, with violation of 18 U.S.C. 922(g)(1), Felon in Possession of a Firearm.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

*Michael Northcutt*
_____
Michael Northcutt, Special Agent
Bur. of Alcohol, Tobacco, Firearms & Expl.

Sworn telephonically and signed electronically this  10th  day of  March, 2021 .

_____
John T. Rodgers
United States Magistrate Judge

Affidavit of Mike Northcutt- 7