# CHARGES AND PENALTIES

**CASE NAME:** RANDY D MCREYNOLDS   **CASE NO.** 2:21-MJ-00134-JTR

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm | CAG up to 10 years, up to a $250,000 fine, up to 3 years of supervised release, $100 special penalty assessment |