FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY D. MCREYNOLDS,<br><br>Defendant. | No. 2:21-CR-00028-WFN-1<br><br>ORDER FOLLOWING MOTION HEARING<br><br>**MOTION DENIED**<br>**(ECF No. 42)** |

At Defendant's April 19, 2021, motion hearing, Defendant appeared in Court while in custody with his Attorney Kate Geyer. Assistant U.S. Attorney Earl Hicks represented the United States and was also present in Court. United States Probation Officer Patrick Dennis was present telephonically.

Defendant asserts that he has two decayed molars that he urgently needs extracted and requests a temporary release from custody to accomplish this.

The Court has considered the Report of Pretrial Services, **ECF No. 9**, the Supplemental Pretrial Services Report, **ECF No. 32,** Defendant's motion to modify conditions of release, **ECF No. 42,** and the argument of counsel.

The Court has also obtained and considered and shared with the parties general information from the U.S. Marshal Service, to the effect that (1) "dental call" at the Spokane County Jail is every Friday, and (2) Defendant saw a dentist at the jail on Friday, April 16, 2021, and (3) Defendant was given the option of a temporary filling, or extraction, or a course of antibiotics and (4) that Defendant elected to seek a temporary release instead.

At the hearing Defendant argued that his pain was so intense that he is unable to concentrate on or assist his attorneys with his defense, that he has an

ORDER - 1

appointment with a dentist in a town about 90 minutes north of Spokane for 6:50 a.m. tomorrow morning, and that this dentist accepts medical coupons and is familiar with Defendant's reaction to general anesthetic if that becomes necessary during the extraction.

This Court is not certain that the jail would release defendant in time to travel to such an early morning appointment, or that the jail would permit Defendant to bring back into jail any post-procedure medications dispensed to him. The Court is further concerned about Defendant's multiple failures to appear for court even as recently as February 2021, and his past failure to surrender to serve a sentence when ordered, as well as the violence and weapons in his criminal history. The Pretrial Services Report, **ECF No 9 at 12,** references an instance where a judge permitted Defendant to go home and retrieve needed medications before reporting to serve a sentence, whereupon Defendant absconded.

Pending Defendant availing himself of the dental services available in custody, **IT IS ORDERED** the Defendant's motion to modify release conditions, **ECF No. 42**, is **DENIED**. Defendant shall be held in detention pending disposition of this case or until further order of the court.

If a party desires that another Court review this order pursuant to 18 U.S.C. § 3145, that party shall promptly file a motion for review before the district judge to whom the case is assigned, as further described in the Detention Order Review Protocol published for the Eastern District of Washington. Both parties shall cooperate to ensure that the motion is promptly determined.

**IT IS SO ORDERED.**

DATED April 19, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2