FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2021

SEAN F. McAVOY, CLERK

ORIGINAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>RANDY DEL McREYNOLDS,<br><br>Defendant. | No.   2:21-CR-0028-WFN-1<br><br>VERDICT |

WE, THE JURY in the above-captioned case, find the Defendant, **RANDY DEL McREYNOLDS**:

__Guilty__   Of the offense of being a felon in possession of a firearm and/or ammunition as charged in the Indictment.
Not Guilty / (Guilty)

If you answered the above question "NOT GUILTY," please date and sign the Verdict form. If you answered the above question "GUILTY," please proceed to answer the following question:

We, the jury, having found the Defendant guilty of the offense charged in the Indictment, further unanimously find beyond a reasonable doubt that he possessed the following firearm and/or ammunition charged (mark all that apply):

✓   A Ruger, model GP100, .357 Magnum caliber revolver, bearing serial number 173-14745;

✓   4 Rounds of Federal 357 Magnum ammunition

✓   41 Rounds of Blazer 357 Magnum ammunition

✓   56 Rounds of PMC 9mm Luger ammunition

✓   45 Rounds of R-P 9mm Luger ammunition

VERDICT - 1

| | |
|---|---|
| ✓ | 44 Rounds of Win 25 Auto ammunition |
| ✓ | 1 Round of W.W. Super 357 Magnum ammunition |
| ✓ | 6 Rounds of R-P 30-30 Win ammunition |
| ✓ | 1 Round of Frontier 30-30 Win ammunition |
| ✓ | 1 Round of W.W. Super 30-30 Win ammunition |
| ✓ | 1 Round of FC 30-30 ammunition |
| ✓ | 1 Round of Super-X 30-30 Win ammunition |
| ✓ | 20 Rounds of Winchester 38 SPL ammunition |

**DATED** this 30 day of June, 2021.

PRESIDING JUROR

VERDICT - 2