KENT N. DOLL JR. – WSBA # 40549
KIRKPATRICK & STARTZEL, P.S.
108 N. Washington Street, Suite 201
Spokane, WA 99201
Telephone: (509) 455-3647
Facsimile: (509) 624-2081
Email: kdoll@ks-lawyers.com

Attorney for Defendant

***Honorable Wm. Fremming Nielson***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00028-WFN |
|---|---|
| Plaintiff, | **DEFENDANT RANDY MCREYNOLDS' MOTION FOR EXTENSION OF TIME TO FILE JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 AND NEW TRIAL PERSUANT TO RULE 33** |
| vs. | |
| RANDY D. MCREYNOLDS, | |
| Defendant. | |

### I. MOTION

Comes now Defendant, through his counsel of record, Kent Neil Doll, Jr., and requests an extension of time to file for a Motion for a Judgment of Acquittal pursuant to Rule 29 and New Trial pursuant to Rule 33. This Motion is based upon the declaration below.

DEFENDANT RANDY MCREYNOLDS' MOTION FOR EXTENSION OF TIME TO FILE JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 AND NEW TRIAL PERSUANT TO RULE 33: 1

**KIRKPATRICK & STARTZEL, P.S.**
**ATTORNEYS AT LAW**
108 N. Washington Street, Ste. 201
Spokane, Washington 99201
Telephone (509) 455-3647

## II. DECLARATION

1. My name is Kent Doll. I am the court appointed attorney for Mr. Randy McReynolds.

2. On June 30, 2021, a jury found Mr. McReynolds guilt of all charges set forth in the Indictment.

3. On July 1, 2021, I conferred with Crystal Hicks, the court reporter for the trial. She has informed me that she will not be able to get me the transcripts of the trial and pre-trial hearings within 3 days. She informed me she might be able to get me the transcripts in 7 days, however she would prefer 14 days.

4. Additionally, my own scheduling will interfere with my ability to file these motions. I have a Washington state court matter set for trial on July 19, 2021.

5. I therefore request an extension of time to file a Motion for a New Trial and/or a Motion of Acquittal. Specifically, I request that the deadline for these motions be August 3, 2021.

DEFENDANT RANDY MCREYNOLDS' MOTION FOR EXTENSION OF TIME TO FILE JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 AND NEW TRIAL PERSUANT TO RULE 33: 2

**KIRKPATRICK & STARTZEL, P.S.**
**ATTORNEYS AT LAW**
108 N. Washington Street, Ste. 201
Spokane, Washington 99201
Telephone (509) 455-3647

DATED this 1st day of July, 2021

                By: <u>s/Kent Neil Doll, Jr.</u>
                State Bar No. 40549
                Attorney for Defendant
                Kirkpatrick & Startzel, P.S.
                108 N. Washington St. Ste 201
                Spokane, Washington 99201
                Telephone: (509) 455-3647
                Fax: (509) 624-2081
                Email: <u>kdoll@ks-lawyers.com</u>

DEFENDANT RANDY MCREYNOLDS' MOTION FOR EXTENSION OF TIME TO FILE JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 AND NEW TRIAL PERSUANT TO RULE 33: 3

**KIRKPATRICK & STARTZEL, P.S.**
**ATTORNEYS AT LAW**
108 N. Washington Street, Ste. 201
Spokane, Washington 99201
Telephone (509) 455-3647

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michael J. Ellis

    Tim Olms

I hereby further certify that I have caused to be served a true and correct copy of the foregoing document(s) on the non-CM/ECF participants as indicated:

*None*

    \_\_\_ Hand Delivered
    \_\_\_ U.S. Mail
    \_\_\_ Overnight Mail
    \_\_\_ Facsimile

    /s/Kent N. Doll, Jr.
    of Kirkpatrick & Startzel, P.S.

DEFENDANT RANDY MCREYNOLDS' MOTION FOR EXTENSION OF TIME TO FILE JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 AND NEW TRIAL PERSUANT TO RULE 33: 4

**KIRKPATRICK & STARTZEL, P.S.**
**ATTORNEYS AT LAW**
**108 N. Washington Street, Ste. 201**
**Spokane, Washington 99201**
**Telephone (509) 455-3647**